JAMES A. O'DAY v. ALEXANDER H. PINCUS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

NORLIL REALTY CORPORATION v. SIDNEY TOLCHINSKY. NORLIL REALTY CORPORATION v. MAX LONDON.— Motion for leave to reargue motion made on April 28, 1944, for leave to appeal to the Court of Appeals, denied, with ten dollars costs. [See 267 App. Div. 948.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AARON GRAY v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See 267 App. Div. 688, 983.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SAMUEL REINLIB, as President of the International Ladies' Handbag, Luggage, Belt and Novelty Workers Union, v. MEMO LEATHER GOODS CORPORATION et al. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. [See 267 App. Div. 981.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of JOSEPH F. MAHER et al. against OTTO C. ESSELBORN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 973.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

B & D MOTOR LINES, INC., et al. v. CITIZENS CASUALTY COMPANY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of LOUIS FISCHER, an Attorney, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

## (June 5, 1944.)

HORACE W. SARGANT et al., Copartners Doing Business under the Name of W. T. SARGANT & SONS, Respondents, v. WARREN E. MONROE, Doing Business under the Name of ROESLING MONROE & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HORACE W. SARGANT et al., Copartners Doing Business under the Name of W. T. SARGANT & SONS, Respondents, v. WARREN E. MONROE, Doing Business under the Name of ROESLING MONROE & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GRAND ASSOCIATES, INC., Respondent, v. ROTHLEN ASSOCIATES, INC., Appellant. — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

## (June 9, 1944.)

EDWIN H. JONSON et al., Copartners under the Name of JONSON FOUNDRY & MACHINE COMPANY, Respondents, v. MORRIS SPEIZMAN, Doing Business under the Name of INTERSTATE LAUNDRY MACHINERY COMPANY, Appellant.